UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Crim. No. 08-868

UNITED STATES OF AMERICA v. <u>Ike Johnson</u>
                                    Defendant

PETITION FOR WRIT OF HABEAS CORPUS:   Your petitioner shows that

1.   **Ike Johnson, SBI# 898047B, D.O.B. 12/30/70** is now confined in **Essex County Jail**.

2.   **Ike Johnson** a defendant in the captioned case, will be required at the <u>United States District Court located in Newark, NJ</u> on <u>Wednesday, March 4, 2009</u> at <u>10:00 a.m.</u> for a **Plea before the Hon. Dennis M. Cavanaugh**, and a Writ of Habeas Corpus should be issued for that purpose.

DATED:   February 25, 2009        /s/ Michael H. Robertson
                                  Michael H. Robertson
                                  Assistant United States Attorney
                                  Petitioner - 973-645-2779

---

ORDER FOR WRIT:   Let the Writ Issue.

DATED: 23 FEB 2009                _____
                                  HON.    DENNIS M.   CAVANAUGH
                                  UNITED STATES DISTRICT JUDGE

WRIT OF HABEAS CORPUS:
The United States of America to the Warden of the **ESSEX COUNTY JAIL**.
We Command You that you have the body of **Ike Johnson, SBI# 898047B D.O.B. 12/30/1970** (by whatever name called or charged) brought to the <u>United States District Court located in Newark, NJ</u> on <u>Wednesday, March 4, 2009</u> at <u>10:00 a.m.</u>, for a **Plea** in the above-captioned matter.  Immediately on completion of the proceedings, defendant will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Dennis M. Cavanaugh
United States District Judge at Newark, N.J.

DATED: 23 FEB 2009                WILLIAM T. WALSH
                                  Clerk of the U.S. District Court
                                  for the District of New Jersey

                                  Per: _____
                                       Deputy Clerk